# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:02CR236-1 |
| Bobby Eugene Livingston ) | USM No: 19185-058 |
| Date of Previous Judgment: 10/26/04 ) | Julia Grace Mimms |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.**  ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: ____ to ____ months     Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): The defendant is eligible for a two-level reduction in offense level pursuant to Amendment 706 (Retroactive Crack Cocaine Amendment). However, since he was found to be a career offender as to count one, he is not eligible for a sentence reduction.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   10/26/04   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   December 19, 2008

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge